HECTOR J. CARBAJAL
Nevada Bar No. 6247
MATTHEW C. WOLF
Nevada Bar No. 10801
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
hjc@cmlawnv.com
mcw@cmlawnv.com

BRYAN J. FREEDMAN*
BRIAN E. TURNAUER*
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California  90067
Telephone:  (310) 201-0005
Facsimile :  (310) 201-0045
bfreedman@ftllp.com
bturnauer@ftllp.com
*Pro Hac Vice Admissions

Attorneys for Plaintiff Miguel Angel Garcia

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL GARCIA a.k.a. MIKEY GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 2:14-cv-01456-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO DISMISS THIS ACTION WITH PREJUDICE WITH THE PARTIES BEARING THEIR OWN FEES AND COSTS** |

Plaintiff MIGUEL ANGEL GARCIA ("Mikey Garcia" or "Plaintiff"), through the law firms CARBAJAL & MCNUTT, LLP and FREEDMAN & TAITELMAN, LLP, and Defendant TOP RANK, INC. ("Top Rank" or "Defendant"), through the law firms CAMPBELL & WILLIAMS and

O'MELVENY & MYERS LLP (Plaintiff and Top Rank are collectively the "Parties"), hereby stipulate and agree that Plaintiff hereby dismisses this action in its entirety with prejudice with the Parties bearing their own fees and costs.

DATED April 14, 2016.    DATED April 14, 2016.

/s/ Matt Wolf
Hector J. Carbajal, Esq.
Nevada Bar No. 6247
Matthew C. Wolf, Esq.
Nevada Bar No. 10801
Carbajal & McNutt, LLP
625 S. 8th Street
Las Vegas, Nevada 89101

Bryan J. Freedman, Esq.*
California Bar No. 151990
Brian E. Turnauer, Esq.*
California Bar No. 214768
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
*Admitted Pro Hac Vice

*Attorneys for Plaintiff*

/s/ David Marroso
J. Colby Williams, Esq.
Nevada Bar No. 5549
700 S. Seventh Street
Las Vegas, NV 89101

Daniel M. Petrocelli*
California Bar No. 97802
David Marroso*
California Bar No. 211655
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-6035
*Admitted Pro Hac Vice

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____